IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONE RICHARDSON,

      Plaintiff,                          No. CIV S-08-1364 JAM EFB PS

   vs.

GOV. ARNOLD SCHWARZENEGGER, et al.,

      Defendants.                  ORDER

_____/

       This matter is before the undersigned pursuant to E. D. Cal. L. R. 72-302(c)(21). *See* 28 U.S.C. § 636(b)(1). On June 16, 2008, plaintiff filed a three-page document, denominated a "motion," which seeks "a court order petition for writ of confirmation that the defendants file this I/M's [inmate's] C.D.C. 602 in I/M's Central file good cause being Defendant(s) unwillingness to Comply with their own title-15-matrix by the Dir. of C.D.C.R. . . ." Assuming that the document is intended to be a complaint, it submitted without payment of the filing fee or an application to proceed in forma pauperis. For present purposes, the court will liberally construe it as a complaint. However, the court cannot consider the merits of the complaint until plaintiff has paid the $350 filing fee or obtained approval of this court to proceed in forma pauperis.

1

1     Accordingly, the Clerk of Court is directed to serve upon plaintiff a copy of this order, as
2 well as an application to proceed in forma pauperis.  Plaintiff shall, within twenty days of the
3 filing date of this order, pay the filing fee or submit a completed application to proceed in forma
4 pauperis.  In addition to setting forth all pertinent information concerning his financial status,
5 plaintiff shall indicate whether he is currently in custody and whether he was in custody when he
6 filed this action.  Failure to file the required affidavits and/or pay the filing fee within twenty
7 days will result in a recommendation that this action be dismissed.

8     SO ORDERED.

9 DATED:  December 15, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2