IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONE RICHARDSON,

      Plaintiff,                              No. CIV S-08-1364 JAM EFB PS

     vs.

GOV. ARNOLD SCHWARZENEGGER, et al.,

      Defendants.                          FINDINGS AND RECOMMENDATIONS

/

      This matter is before the undersigned pursuant to E.D. Cal. L.R. 72-302(c)(21). On December 15, 2008, the court found that plaintiff had failed to pay either the requisite filing fee under 28 U.S.C. § 1914(a), or an application to proceed *in forma pauperis* under 28 U.S.C. § 1915(a). The court granted plaintiff thirty days to pay the filing fee or file an application to proceed *in forma pauperis*. That order warned plaintiff that failure to do so could result in the action being dismissed.

////

////

////

////

1

1  The 30-day period provided in the court's December 15, 2008, order has expired and plaintiff has not paid the filing fee, filed a completed *in forma pauperis* application or otherwise responded to the court's order.[1]

Accordingly, it is RECOMMENDED that this action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 17, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.